# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

LARRY D. COLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2264

_____

February 28, 2024

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Hillsborough County; Barbara Twine-Thomas, Judge.

PER CURIAM.

Affirmed.

CASANUEVA, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.